# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Sonya R. Green                                       Docket No. 04-000248-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Sonya R. Green, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 8th day of July 2005, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall be placed on home detention for a period of (5) five months.
- The defendant shall pay restitution to AmeriServ Financial Bank ($34,770.60) and Zurich North America ($5,109.35) in the amount of $39,879.95 to be paid at a rate of not less than 10 percent of her gross monthly income.
- The defendant shall provide requested financial information to the probation officer.
- The defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior approval unless in compliance with the payment schedule.
- The defendant is prohibited from serving as an officer of, or a consultant to, any labor organization, and a variety of other employment prohibitions, for a period of up to 13 years.

07-08-05:  Embezzlement From a Labor Organization; 5 months' imprisonment, followed by 3 years' supervised release.
02-17-06:  Released from custody; Currently supervised by U.S. Probation Officer Romona Clark.
06-20-08:  Conditions modified; Judge Lancaster; ordering mental health treatment as directed by the Probation Office.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant has paid a total of $1,402 towards restitution. The current balance is $38,477.95. The defendant understands that payments must continue until the balance is paid in full, and she has signed a payment agreement acknowledging same. The maximum case expiration date is February 16, 2009, and it appears appropriate to permit the case to close with an outstanding balance.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 04-00248-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

ORDER OF COURT

Considered and ordered this 5th day of Jan., 2009 and ordered filed and made a part of the records in the above case.

Gary L. Lancaster
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 5, 2009

Romona Clark
U.S. Probation Officer

Paul J. Dippolito
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania